United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No.: 4:13-cv-00536-KAW<br><br>ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court recuses itself from this case. The Clerk of the Court shall randomly reassign the case.

IT IS SO ORDERED.

DATE: February 13, 2013

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**