UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNE WARWICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-00536 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　Plaintiff's motion for continuance of the initial case management conference is granted. The initial case management conference is continued from May 8, 2013 to June 19, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

　　The parties or lead counsel must appear in person and must be prepared to discuss all items mentioned in Civil Local Rule 16-10. No later than seven days before the conference, the parties must file in ECF a joint case management statement and proposed order. *See* Civil L.R. 16-9(a); Standing Order for all Judges of the Northern District of California. The joint statement must include a disclosure of non-party interested entities or persons. *See* Civil L.R. 3-16. Additionally, each party must file its consent or declination to the jurisdiction of a magistrate judge by June 12, 2013. Please see this Court's Civil

Case No. 13-cv-00536 NC
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

1  Standing Order for more information.

2      IT IS SO ORDERED.

3      Date: May 2, 2013

                                            Nathanael M. Cousins
                                            United States Magistrate Judge

Case No. 13-cv-00536 NC
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE     2