AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Joanne Warwick,
                  Plaintiff (s),

V.

City of Oakland, et al
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-cv-00536 NC

Notice is hereby given that, subject to approval by the court, __Plaintiff Joanne Warwick__ substitutes
(Party (s) Name)

__William M Simpich__, State Bar No. __106672__ as counsel of record in
(Name of New Attorney)

place of __Plaintiff Joanne Warwick, Pro Se__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | William M Simpich |
| Address: | 1736 Franklin St, 10th floor, Oakland, CA 94612 |
| Telephone: | 510-444-0226    Facsimile 510-444-1704 |
| E-Mail (Optional): | bsimpich@gmail.com |

I consent to the above substitution.
Date: May 13, 2013

I consent to being substituted.
Date: 5/13/13

I consent to the above substitution.
Date: 5/13/13

_(Signature of Party (s))_

_(Signature of Former Attorney (s))_

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: May 15, 2013

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]