BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone: (510) 238-6520, Fax: (510) 238-6500
29139/1166319
wesimmons@oaklandcityattorney.org

Attorneys for Defendants
CITY OF OAKLAND, HOWARD JORDAN
JEFFREY ISRAEL, ERIC BRESHEARS,
RON YELDER, RODNEY KIRKLAND,
J. JOCHIM, BRYAN CLIFFORD and
C. O'CONNOR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNE WARWICK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, RODNEY KIRKLAND, J. JOCHIM, BRYAN CLIFFORD, ROBERT NOLAN, WILLIAM YOUNG, C. O'CONNOR, Does 1-50<br>　　　　Defendants. | Case No. C13-0536 NC<br><br>**DEFENDANTS CITY OF OAKLAND, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, RODNEY KIRKLAND, J. JOCHIM, BRYAN CLIFFORD, and C. O'CONNOR'S ANSWER TO PLAINTIFF'S COMPLAINT** |

## INTRODUCTION

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

2. Defendants deny the allegations set forth in this paragraph.

3. Defendants are without knowledge or information sufficient to form a belief as to the

truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

## JURISDICTION

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

2. Defendants admit the allegations set forth in this paragraph.

## INTRADISTRICT ASSIGMENT

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

## THE PARTIES

6. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

7. . Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation that the City of Oakland employs and directs Does 1-50. Defendants admit the remaining allegations set forth in this paragraph

7. Defendants expressly deny "the police conduct complained of herein" as referenced in this paragraph. Defendants admit the remaining allegations set forth in this

paragraph.

8. Defendants deny the allegations set forth in this paragraph.

9. Defendants admit that RODNEY KIRKLAND, J. JOCHIM, BRYAN CLIFFORD were employees of the OPD. Defendants deny the remainder allegations set forth in these paragraphs.

10. Defendants admit that C. O'CONNOR signed a certificate of probable cause regarding Plaintiff. Defendants deny the remainder allegations set forth in these paragraphs.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

13. Defendants deny the allegations set forth in this paragraph.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

## FACTUAL ALLEGATIONS

17. Defendants are without knowledge or information sufficient to form a belief as to

the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

18. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

19. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

21. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

22. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

24. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

29. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

31. Defendants admit Plaintiff was criminally charged and given a stay away order. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

32. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

33. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein

34. Defendants are without knowledge or information sufficient to form a belief as to

the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

36. Defendants deny the allegations set forth in this paragraph.

37. Defendants deny the allegations set forth in this paragraph.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### Violation of First and Fourteenth Amendment to the United States Constitution
### (42 U.S.C. § 1983)

38. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 37, as previously set forth.

39. Defendants deny the allegations set forth in this paragraph.

### SECOND CLAIM FOR RELIEF
### Violation of Fourth and Fourteenth Amendment to the United States Constitution
### (42 U.S.C. § 1983)

40. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 39, as previously set forth.

41. Defendants deny the allegations set forth in this paragraph.

### THIRD CLAIM FOR RELIEF
### Violation of Fourteenth Amendment to the United States Constitution
### (42 U.S.C. § 1983)

42. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 41, as previously set forth.

43. Defendants deny the allegations set forth in this paragraph.

### FOURTH CLAIM FOR RELIEF
### Violation of First and Fourteenth Amendment to the United States Constitution
### (42 U.S.C. § 1983)

Case3:13-cv-00536-NC   Document12   Filed06/07/13   Page7 of 11

44. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 44, as previously set forth.

45. Defendants deny the allegations set forth in this paragraph.

### FIFTH CLAIM FOR RELIEF
### False Arrest and False Imprisonment

46. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 45, as previously set forth.

47. Defendants deny the allegations set forth in this paragraph.

### SIXTH CLAIM FOR RELIEF
### Violation of California Civil Code § 51.7

48. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 47, as previously set forth.

49. Defendants deny the allegations set forth in this paragraph.

### SEVENTH CLAIM FOR RELIEF
### Violation of California Civil Code § 51.1

50. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 49, as previously set forth.

51. Defendants deny the allegations set forth in this paragraph.

### EIGHTH CLAIM FOR RELIEF
### California Constitution, Art.1, § 1

52. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 51, as previously set forth.

53. Defendants deny the allegations set forth in this paragraph.

### NINTH CLAIM FOR RELIEF
### Negligence

54. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 53 as previously set forth.

TO PLAINTIFF'S COMPLAINT            7                           C13-0536 NC

55. Defendants deny the allegations set forth in this paragraph.

56. Defendants deny the allegations set forth in this paragraph.

## TENTH CLAIM FOR RELIEF
### Assault and Battery

57. Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 56, as previously set forth.

58. Defendants deny the allegations set forth in this paragraph.

59. Defendants deny the allegations set forth in this paragraph.

## REQUISITES FOR RELIEF

60. Defendants deny the allegations set forth in this paragraph.

61. Defendants deny the allegations set forth in this paragraph.

62. Defendants deny the allegations set forth in this paragraph.

63. Defendants deny the allegations set forth in this paragraph.

64. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

65. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

## AFFIRMATIVE DEFENSES

I.

AS A FURTHER, FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that the complaint fails to state a claim upon which relief can be granted.

II.

AS A FURTHER, SECOND, SEPARATE AND AFFIRMATIVE DEFENSE,

defendants allege, on information and belief, that plaintiff did not exercise ordinary care, caution, or prudence to avoid the alleged events; consequently, the subsequent injuries or damages, if any claimed were proximately caused by and contributed to by plaintiff's comparative negligence, and any damages she might otherwise be entitled to should be proportionately reduced by the degree of that negligence.

### III.

AS A FURTHER, THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that the injuries and damages plaintiff complains of resulted from the acts and/or omissions of others, or acts of God, and without any fault on the part of defendants.

### IV.

AS A FURTHER, FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that any party or individual who contributed to and/or caused the alleged injuries and damages was not acting as its agent or with its knowledge or within the course and/or scope of employment with defendant CITY OF OAKLAND.

### V.

AS A FURTHER, FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, to the extent that plaintiff may attempt to allege state claims, these are barred by all applicable California Government Code protections and immunities, including, but not limited to, sections 815 through 900. Said sections are pleaded as though fully set forth herein.

### VI.

AS A FURTHER, SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that all of the actions of defendants were undertaken in good faith and with the reasonable belief that such actions were valid, necessary, reasonable, lawful and constitutionally proper, entitling defendants to the qualified immunity of good faith.

**VII.**

AS A FURTHER, SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, if they in any fashion caused the injuries or damages alleged, although such liability is expressly denied herein, their acts and/or omissions were reasonable and privileged.

**VIII.**

AS A FURTHER, EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege, on information and belief, that plaintiff failed to mitigate damages.

**IX.**

AS A FURTHER, NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, to the extent that plaintiff alleges or asserts matters not contained in a legally sufficient claim filed by her, this action is barred by the claims requirements set forth in California Government Code Section 905 et seq.

**X.**

AS A FURTHER, TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that this action is barred, under California Government Code § 945.6, by plaintiff's failure to file her action within six months after denial of her claim by defendants.

**XI.**

AS A FURTHER, ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that this action is barred by all applicable statutes of limitations.

**XII.**

AS A FURTHER, TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that this action is barred by the doctrine of primary assumption of the risk.

**XIII.**

AS A FURTHER, THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

defendants allege that plaintiff lacks standing to bring the claims alleged.

## PRAYER

**WHEREFORE,** defendants pray that:

1. Plaintiff take nothing by her Complaint;
2. Defendants have judgment against Plaintiff;
3. Defendants be awarded for costs of suit; and
4. For such other and further relief as the Court may deem proper.

Dated: June 7, 2013

BARBARA J. PARKER, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney

By: /s/ William E. Simmons
Attorneys for Defendants,
CITY OF OAKLAND, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, RODNEY KIRKLAND, J. JOCHIM, BRYAN CLIFFORD and C. O'CONNOR