John J. Verber, State Bar No. 139917
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Defendant
RODNEY KIRKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, HOWASRD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, RODNEY KIRKLAND, J. JOCHIM, BRYAN CLIFFORD, ROBERT NOLAN, WILLIAM YOUNG, C. OCONNOR, DOES 1-50.<br><br>　　　　Defendants. | No. C13-0536<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT RODNEY KIRKLAND AND [PROPOSED] ORDER**<br><br>**Complaint Filed December 6, 2012** |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEY(S) OF RECORD:

　　PLEASE TAKE NOTICE that Defendant RODNEY KIRKLAND hereby substitutes lead attorney John J. Verber and associate attorney Aimee Hamoy-Perera of the law firm of Burnham Brown, 1901 Harrison Street, 11th Floor, Oakland, California 94612, Telephone: (510) 444-6800, Facsimile: (510) 835-6666, in the place of Barbara J. Parker, Randolph W. Hall, and Wendy Garbers, Oakland City Attorney's Office, One Frank Ogawa Plaza, 6th Floor, Oakland, California 94612.

　　All notices should be sent via email to John J. Verber, at jverber@burnhambrown.com and to Aimee Hamoy-Perera at ahamoy-perera@burnhambrown.com.

**CONSENT TO SUBSTITUTION**

The undersigned consents to the substitution and certifies that this substitution will not unduly delay the proceedings in this matter:

Dated: ~~Nov.~~ DEC 3, 2013

_____
Defendant RODNEY KIRKLAND

I consent to being substituted.

Date: ~~Nov.~~ Dec. 3, 2013

_____
WENDY GARBERS,
Defendant City of Oakland

I consent to the above substitution.

Date: ~~Nov.~~ Dec. 3, 2013

_____
JOHN J. VERBER, Esq.

**ORDER**

IT IS SO ORDERED:

Dated: December 4, 2013

_____

GRANTED
Judge Nathanael M. Cousins

4835-5449-7047, v. 1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT RODNEY KIRKLAND AND [~~PROPOSED~~] ORDER

Case No. C13-0536

2