1  John J. Verber, State Bar No. 139917
   Aimee Hamoy-Perera, State Bar No. 221228
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 14th Floor
5  Oakland, California 94612
   Telephone:   (510) 444-6800
6  Facsimile:   (510) 835-6666

7  Attorneys for Defendant
   RODNEY KIRKLAND
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 JOANNE WARWICK,                          No. C13-0536

13        Plaintiff,                        NOTICE OF SUBSTITUTION OF
                                            COUNSEL FOR DEFENDANT RODNEY
14 v.                                       KIRKLAND AND [PROPOSED] ORDER

15 CITY OF OAKLAND, HOWASRD                 Complaint Filed December 6, 2012
   JORDAN, JEFFREY ISRAEL, ERIC
16 BRESHEARS, RON YELDER, RODNEY
   KIRKLAND, J. JOCHIM, BRYAN
17 CLIFFORD, ROBERT NOLAN, WILLIAM
   YOUNG, C. OCONNOR, DOES 1-50.
18
        Defendants.
19

20 TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEY(S) OF RECORD:

21      PLEASE TAKE NOTICE that Defendant RODNEY KIRKLAND hereby substitutes

22 lead attorney John J. Verber and associate attorney Aimee Hamoy-Perera of the law firm of

23 Burnham Brown, 1901 Harrison Street, 11th Floor, Oakland, California 94612, Telephone: (510)

24 444-6800, Facsimile: (510) 835-6666, in the place of Barbara J. Parker, Randolph W. Hall, and

25 Wendy Garbers, Oakland City Attorney's Office, One Frank Ogawa Plaza, 6th Floor, Oakland,

26 California 94612.

27      All notices should be sent via email to John J. Verber, at jverber@burnhambrown.com

28 and to Aimee Hamoy-Perera at ahamoy-perera@burnhambrown.com.

**CONSENT TO SUBSTITUTION**

The undersigned consents to the substitution and certifies that this substitution will not unduly delay the proceedings in this matter:

Dated: ~~Nov.~~ DEC 3, 2013

_____
Defendant RODNEY KIRKLAND

I consent to being substituted.

Date: ~~Nov.~~ Dec. 3, 2013

_____
WENDY GARBERS,
Defendant City of Oakland

I consent to the above substitution.

Date: ~~Nov.~~ Dec. 3, 2013

_____
JOHN J. VERBER, Esq.

**ORDER**

IT IS SO ORDERED:

Dated: December 4, 2013

_____

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4835-5449-7047, v. 1

---

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT RODNEY KIRKLAND AND [~~PROPOSED~~] ORDER

Case No. C13-0536

2