John J. Verber, State Bar No. 139917
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendant
RODNEY KIRKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, RODNEY KIRKLAND, J. JOCHIM, BRYAN CLIFFORD, ROBERT NOLAN, WILLIAM YOUNG, C. OCONNOR, DOES 1-50,<br><br>Defendants. | No. 3:13-cv-00536 NC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER**<br><br>**Complaint Filed:  February 6, 2013** |

On March 18, 2014, Judge Nathaneal M. Cousins' Clerk issued a Clerk's Notice directing the parties to contact Judge Beeler's Clerk to schedule a settlement conference. After conferring with the Court regarding available dates, the parties stipulate to a settlement conference with Judge Beeler on June 17, 2014 at 10:30 a.m.

DATED:  April 21, 2014                     LAW OFFICES OF WILLIAM M. SIMPICH

                                          /s/ William M. Simpich
                                          WILLIAM M. SIMPICH
                                          Attorneys for Plaintiff
                                          JOANNE WARWICK

| | | |
|---|---|---|
| 1 | DATED: April 21, 2014 | OAKLAND CITY ATTORNEY |
| 2 | | |
| 3 | | /s/ Wendy Garbers |
| | | WENDY GARBERS |
| 4 | | Attorneys for Defendants |
| 5 | | CITY OF OAKLAND, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, J. JOCHIM, BRYAN CLIFFORD, ROBERT NOLAN, WILLIAM YOUNG, C. O'CONNOR |
| 6 | | |
| 7 | | |
| 8 | DATED: April 21, 2014 | BURNHAM BROWN |
| 9 | | |
| 10 | | /s/ John J. Verber |
| | | JOHN J. VERBER |
| 11 | | Attorneys for Defendant |
| | | RODNEY KIRKLAND |

### ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the parties shall appear on June 17, 2014 at 10:30 a.m. for a settlement conference with Judge Beeler.

The Settlement Conference Order issued on June 28, 2013, ECF No. 17 remains in affect.

DATED: April 23, 2014

LAUREL BEELER
United States Magistrate Judge

4814-7442-0506, v. 1

2
STIPULATION AND ~~PROPOSED~~ ORDER                              Case No. 3:13-cv-00536 NC