1 BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
2 JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
WENDY M. GARBERS, Deputy City Attorney, SBN 213208
3 One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
4 Phone:  (510) 238-6524, Fax:  (510) 238-6500
29139/1379757
5 wgarbers@oaklandcityattorney.org

6 Attorneys for Defendants
CITY OF OAKLAND, et al.
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION
11

| JOANNE WARWICK, | Case No. C13-0536 NC |
|---|---|
| Plaintiff, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| CITY OF OAKLAND, HOWARD JORDAN, JEFFREY ISRAEL, ERIC BRESHEARS, RON YELDER, RODNEY KIRKLAND, J. JOCHIM, BRYAN CLIFFORD, ROBERT NOLAN, WILLIAM YOUNG, C. O'CONNOR, Does 1-50 | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

NOTICE IS HEREBY GIVEN that on the following dates, Deputy City Attorney Wendy M. Garbers, will be on vacation and unavailable for any purpose whatsoever, including but not limited to receiving notices of any kind, responding to ex parte applications, appearing in court, or attending depositions:

**June 2 through June 6, 2014**

This notice is given pursuant to the case of Tenderloin Housing Clinic, Inc. v. Sparks (1992) 8 Cal.App.4th 299.  Purposefully scheduling a conflicting proceeding

without good cause during the period of notice is sanctionable conduct pursuant to the *Tenderloin* case.

Dated: May 20, 2014

BARBARA J. PARKER, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
JAMES F. HODGKINS Supervising Trial Attorney
WENDY M. GARBERS, Deputy City Attorney

By: _____
Attorneys for Defendants,
CITY OF OAKLAND, et al.

**PROOF OF SERVICE**
**Joanne Warwick. v. City of Oakland, et al.**
**United States District Court Case No. C13-0536 NC**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On the date set forth below I served the within documents:

**NOTICE OF UNAVAILABILITY**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐ by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/ Express Mail.

William M. Simpich
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone: (510) 444-0226
Fax:         (510) 444-1704
Email:  bsimpich@gmail.com

John J. Verber
Burnham Brown
1901 Harrison Street
Oakland, CA 94612
Telephone: (510) 444-6800
Fax:         (510) 835-6666

**Attorney for Plaintiff**

**Attorney for Defendant Rodney Kirkland**

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 20, 2014, at Oakland, California.

_____
Carma Carden