IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>            Defendants. | No. 3:13-cv-00536 NC<br><br>**ORDER REGARDING BRIEFING SCHEDULE**<br><br>Dkt. No. 55 |

The parties' stipulation and proposed order regarding briefing is modified as follows. Plaintiff's brief regarding motions for fees and costs is due September 24, 2014. Defendants' response due October 22, 2014. Plaintiff's reply due on November 5, 2014. The motion will be heard on November 12, 2014 at 1:00 p.m. The further case management conference is continued to November 12, 2014 at 1:00 pm. in Courtroom A, 15th Floor, San Francisco. Further continuances are disfavored.

**IT IS SO ORDERED.**

Dated: July 11, 2014

NATHANAEL COUSINS
United States Magistrate Judge