**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOANNE WARWICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND, and others,<br><br>　　　　　Defendants. | Case No. 13-cv-00536 NC<br><br>**ORDER TO REMEDY DEFICIENCY AND FILE STATUS REPORT** |

The parties in this case previously reported that they have reached a settlement and the only remaining issue is plaintiff's request for fees and costs. Dkt. No. 53. The Court set a briefing schedule on plaintiff's motion for attorney's fees and costs, which was later continued at the parties' request "to allow the Oakland City Council an opportunity to vote on a proposed settlement that will make further litigation unnecessary if approved." *See* Dkt. Nos. 55, 56. The current deadline for plaintiff's motion for fees and costs is September 24, 2014. Dkt. No. 56. To date, plaintiff has failed to file her motion. Plaintiff must remedy this deficiency by October 8, 2014.

Additionally, by the same deadline, the parties must file a joint report on the status of the settlement and the approval process.

//

The other pending deadlines remain as set.

IT IS SO ORDERED.

Date: October 3, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge