1  John J. Verber, State Bar No. 139917
   Aimee Hamoy-Perera, State Bar No. 221228
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 14th Floor
5  Oakland, California  94612
   Telephone:     (510) 444-6800
6  Facsimile:     (510) 835-6666
   Email:         jverber@burnhambrown.com
7                 ahamoy-perera@burnhambrown.com

8  Attorneys for Defendant
   RODNEY KIRKLAND
9
   Barbara J. Parker
10 Wendy Garbers
   One Frank H. Ogawa Plaza, 6th Floor
11 Oakland, CA 94612
   Telephone:     (510) 238-6520
12 Facsimile:     510-238-6500
   Email:         wgarbers@oaklandcityattorney.org
13
   Attorneys for Defendants
14 CITY OF OAKLAND, et al.

15 William M. Simpich
   LAW OFFICES OF WILLIAM M. SIMPICH
16 1736 Franklin Street, 10th Floor
   Oakland, CA 94612
17 Telephone:   (510) 444-0226
   Facsimile:   (510) 444-1704
18 Email: lawland@pacbell.net

19 Attorneys for Plaintiff
   JOANNE WARWICK
20

21

22                    UNITED STATES DISTRICT COURT

23                   NORTHERN DISTRICT OF CALIFORNIA

24 | JOANNE WARWICK,                  | No. 3:13-cv-00536 NC
25 |         Plaintiff,                | **JOINT STATUS AND SETTLEMENT REPORT**
26 | v.                                |
27 | CITY OF OAKLAND, et al.           |
28 |         Defendants.               |

1

On April 9, 2014, Defendants made an Offer of Judgment pursuant to FRCP 68. Plaintiff's counsel notified Defendants that the Offer of Judgment was accepted on April 23, 2014. The parties thereafter agreed to resolve the attorneys' fees and costs portion of the Rule 68 offer for $15,000, subject to approval by the Oakland City Council. The Oakland City Council approved the attorneys' fees and costs settlement in closed session on September 23, 2014. The matter is scheduled for final approval by the Oakland City Council in open session on October 7, 2014.

DATED: October 6, 2014  BURNHAM BROWN

By  */s/ John J. Verber*
    JOHN J. VERBER
    AIMEE HAMOY-PERERA
    Attorneys for Defendant
    RODNEY KIRKLAND

DATED: October 6, 2014  OAKLAND CITY ATTORNEY

By  */s/ Wendy Garbers*
    BARBARA J. PARKER
    WENDY GARBERS
    Attorneys for Defendants
    CITY OF OAKLAND, et al.

DATED: October 6, 2014  LAW OFFICES OF WILLIAM M. SIMPICH

By  */s/ William M. Simpich*
    WILLIAM M. SIMPICH
    Attorneys for Plaintiff
    JOANNE WARWICK

4822-7788-5215, v. 1